# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| In re:<br><br>**CHARLES STEPHEN GOODMAN,**<br><br>   Debtor. | **Case No. 23-50226**<br><br>**Chapter 7**<br><br>**Judge John W. Kolwe** |
| **FUNDAMENTAL FUNDING, LLC,**<br><br>   Plaintiff,<br><br>v.<br><br>**CHARLES STEPHEN GOODMAN,**<br><br>   Defendant. | **Adv. Proc. No. 23-05008** |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

**COMES NOW** plaintiff, Fundamental Funding, LLC ("Plaintiff"), by and through its undersigned counsel and, pursuant to Rule 7056 of the Federal Rules of Bankruptcy Procedure, moves this Court for an order granting summary judgment on its Complaint in favor of Plaintiff and against Defendant, Charles Stephen Goodman, as to the request for an exception of debt from discharge under 11 U.S.C. § 523(a)(2)(B). In support of this Motion, Plaintiff relies on the contemporaneously filed Statement of Facts in Support of Summary Judgment; Exhibits in Support of Summary Judgment (including the Declaration of Tim Haddock); and Brief in Support of Summary Judgment.

1

Dated the 16th of April, 2024.

                        Respectfully submitted,

By: /s/ Joseph P. Hebert
Joseph P. Hebert
(LA #6734; TX #00789095)
John M. Parker
(LA #40004)
LISKOW & LEWIS
1200 Camellia Blvd., Suite 300
Lafayette, LA 70508
P.O. Box 52008
Lafayette, LA 70505-2008
Telephone: (337) 232-7424
Fax: (337) 267-2399
Email: *jphebert@liskow.com*
      *jparker@liskow.com*

*\*\*\*and\*\*\**

By: /s/ Clark R. Hammond
Clark R. Hammond
Wallace Jordan Ratliff & Brandt LLC
800 Shade Creek Parkway, Suite 400
Birmingham, Alabama 35209
Direct dial 205-874-0331
Fax 205-874-3240
Email: *chammond@wallacejordan.com*
*Admitted pro hac vice*

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Motion for Summary Judgment* filed by Fundamental Funding, LLC on April 16, 2024 was served by depositing a copy of same in the United States First Class Mail, properly addressed to interested parties and postage prepaid, and upon all parties or counsel of record who have registered to receive electronic service by operation of the Court's electronic filing system, as follows:

> H. Kent Aguillard
> 141 S. 6th Street
> Eunice, LA 70535
> Email: *kent@aguillardlaw.com*
> *Counsel for Defendant Charles*
>   *Stephen Goodman*

Lafayette, Louisiana, this 16th day of April, 2024.

        /s/ Joseph P. Hebert
        Joseph P. Hebert